# Court of Appeals
# of the State of Georgia

ATLANTA,____August 25, 2015____

*The Court of Appeals hereby passes the following order:*

## A15A2289.  IN RE: WILLIAM HARDIN.

William Hardin, an indigent prisoner proceeding pro se, filed this direct appeal from the trial court's order denying the filing of his civil petition, in which he sought free transcripts from his criminal trial for use in a future habeas corpus proceeding. We lack jurisdiction for two reasons.

First, this appeal is untimely.  A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Here, Hardin filed his notice of appeal 31 days after the trial court's order was entered.

Second, the trial court's order is not subject to direct appeal.

> [I]f no petition for habeas corpus is pending at the time an indigent prisoner makes any application for a transcript of his trial for purposes of collateral attack upon his conviction or sentence, that application will be treated as a separate civil action subject to the procedures and requirements of the Prison Litigation Reform Act of 1996.  Specifically, appeals from the denial of any such applications for free transcripts for post-conviction collateral attack must comply with the discretionary appeal procedures of O.C.G.A. § 5-6-35.

*Coles v. State*, 223 Ga. App. 491, 492 (1) (477 SE2d 897) (1996); see OCGA § 42-12-8.  Because Hardin has not shown that he has a pending habeas corpus

petition, he was required to appeal the denial of his request for court records by discretionary application. His failure to do so deprives us of jurisdiction over this appeal.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 08/25/2015
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*